UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Broadcast Music, Inc et al | \* |
| Plaintiffs | \* |
| v. | \* Civil Action No. 1:13-cv-64-PB |
| Stacey Jane's, LLC d/b/a Stacey Jane's Restaurant, and Charles Hughes, individually | \* JURY TRIAL DEMANDED |
| Defendants | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

NOW COME the defendants, Stacey Jane's LLC d/b/a Stacey Jane's Restaurant and Charles Hughes, individually, by and through their counsel, Jacqueline Fitzgerald-Boyd, and state as follows:

1. The defendants have requested that counsel withdraw from representation as they cannot afford to continue with an attorney.

2. Mr. Hughes will represent himself and the LLC.

3. Mr. Hughes is aware of all upcoming dates and deadlines in this matter.

WHEREFORE, it is respectfully requested that:

A. The court grant this motion to withdraw;
B. Enter Mr. Hughes as representing himself and the LLC as pro-se;
C. For other relief as the court sees fit.

Respectfully submitted,

June 21, 2013         */s/ Charles Hughes*

Stacey Jane's LLC d/b/a
Stacey Jane's Restaurant, and Charles Hughes,

And By their Attorney,

June 21, 2013 /s/ Jacqueline Fitzgerald-Boyd
Jacqueline Fitzgerald-Boyd, Attorney
15 Garden Road, Suite 2
Plaistow, NH 03865
603-612-0333 – NH BAR ID# 16442
jcfitzgeraldlaw@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this date via the Electronic Case Filing (ECF) system on Todd A. Sullivan of Hayes Soloway, PC.

Dated: June 21, 2013 /s/ Jacqueline Fitzgerald-Boyd____
Jacqueline Fitzgerald-Boyd (#16442)